IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAE TECH, INC.<br>32 Hunter Street<br>Apple Creek, OH 44606,<br><br>            Plaintiff,<br><br>   v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.<br>2200 N Opdyke Road<br>Auburn Hills, MI 48326,<br><br>            Defendant. | Case No. 2:23-CV-10113<br><br>Judge<br><br>**COMPLAINT** |

Plaintiff, Jae Tech, Inc. ("Jae Tech"), for its Complaint against Defendant, GKN Driveline North America, Inc. ("GKN"), hereby states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Jae Tech is an Ohio corporation with its principal place of business located in Apple Creek, Ohio.

2. Defendant GKN is, on information and belief, a Delaware corporation with its principal place of business located in Auburn Hills, Michigan.

3. Diversity jurisdiction is proper before this Court pursuant to 28 U.S.C. § 1332 because the controversy is between citizens of different states and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendant GKN resides in this judicial district.

14259939.1

## FACTS

5. Jae Tech and GKN are parties to a contract (the "Agreement") created as a result of GKN submitting a purchase order to Jae Tech on July 13, 2016 and Jae Tech's making delivery of the goods covered under the purchase order between the parties. A copy of the purchase order is attached as Exhibit A.

6. Jae Tech agreed to deliver, and GKN agreed to make full payment for, a series of installments of manufactured goods.

7. Jae Tech did in fact deliver the manufactured goods to GKN and sent forty-nine invoices for the purchase price of those goods between the dates of January 5, 2022 and August 31, 2022.

8. GKN accepted all shipments of goods made by Jae Tech pursuant to the Agreement.

9. Jae Tech has fulfilled its obligations under the Agreement, making timely delivery of the installments of goods provided for in the purchase order.

10. GKN has never rejected any goods provided by Jae Tech.

11. GKN has never claimed that any goods provided by Jae Tech were non-conforming.

10. GKN has failed or refused to make full payment for the goods delivered pursuant to the Agreement.

11. GKN owes Jae Tech no less than $298,237.66 under the Agreement.

12. On October 25, 2022, Jae Tech delivered a letter to GKN demanding performance under the Agreement, providing required notice of debt collection under the Fair Debt Collection Practice Act, and warning that GKN's continued failure to make payment on the outstanding

invoices left Jae Tech with no alternative but to pursue legal action. A true and accurate copy of that letter is attached as Exhibit B.

13. Notwithstanding repeated attempts by Jae Tech to secure performance from GKN, GKN has refused to communicate with Jae Tech in any form on the issue of payment.

14. GKN's continued failure to communicate with Jae Tech regarding the debt or address the debt in any way is demonstrative of bad faith and a lack of fair dealing by GKN.

## COUNT I:
### (Breach of Contract)

15. Jae Tech hereby incorporates by reference all the allegations contained in the preceding paragraphs as though fully rewritten herein.

16. The Agreement is a valid and binding contract between Jae Tech and GKN.

17. Jae Tech has performed all its obligations under the Agreement.

18. GKN has materially breached the Agreement by failing to pay all amounts due and owing under the Agreement.

19. As of the date of filing this pleading, Jae Tech is entitled to payment from GKN under the Agreement in an amount to be proven at trial, but in excess of $298,237.66, plus interest.

20. As a result of GKN's failure to perform under the Agreement, Jae Tech has been damaged in an amount in excess of $75,000, with the exact amount to be determined at trial.

## COUNT II:
### (Account Stated)

21. Jae Tech hereby incorporates by reference all the allegations contained in the preceding paragraphs as though fully rewritten herein.

22. Pursuant to the purchase order made by GKN, Jae Tech delivered to GKN the goods provided for therein.

14259939.1

23. GKN agreed to pay Jae Tech for the goods delivered by submitting the purchase order.

23. Jae Tech sent invoices to GKN for the goods delivered by Jae Tech for the purchase price of the goods.

24. After receiving the invoices, GKN did not reject them or object to them within a reasonable period of time.

25. Jae Tech is therefore entitled to judgment against GKN in an amount in excess of $75,000, with the exact amount to be determined at trial.

**WHEREFORE**, and by reason of the foregoing, Jae Tech respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

1. On Count One – For judgment (a) awarding damages in an amount not less than $298,237.66, together with pre- and post-judgment interest thereon; (b) awarding all fees, costs, and expenses incurred in connection with this matter including, without limitation, all attorneys' fees, costs, and expenses; and (c) granting such further and additional relief as this Court deems just and appropriate.

2. On Count Two – For judgment (a) awarding damages in an amount not less than $298,237.66, together with pre- and post-judgment interest thereon; (b) awarding all fees, costs, and expenses incurred in connection with this matter including, without limitation, all attorneys' fees, costs, and expenses; and (c) granting such further and additional relief as this Court deems just and appropriate.

14259939.1

Respectfully submitted,

*/s/ Allison Christensen*
Allison Christensen (P73106)
achristensen@hahnlaw.com
HAHN LOESER & PARKS LLP
5811 Pelican Bay Blvd., Suite 650
Naples, Florida 34108
Phone: (239) 254-2900
Fax: (239) 254-3942

*and*

Michael B. Pascoe (Ohio 0080899)
mpascoe@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax: (216) 241-2824

*Attorneys for Plaintiff*
*Jae Tech, Inc.*

14259939.1