# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAE TECH, INC. | Case No. 2:23-cv-10113-TGB-APP |
| Plaintiff/Counter-Defendant, | Hon. Terrence G. Berg |
| v. | |
| GKN DRIVELINE NORTH AMERICA, INC. | |
| Defendant/Counter-Plaintiff. | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Jae Tech, Inc. and Defendant/Counter-Plaintiff GKN Driveline North America, Inc. stipulate to the dismissal of this lawsuit in full with prejudice and without the award of any costs or fees to any party.

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the lawsuit is dismissed in full with prejudice and without costs or fees to any party.

This Order is a final Order and closes the case.

Date: August 19, 2024

s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Court Judge

Approved as to form and content:

/s/ *Michael B. Pascoe (with permission)*  
Allison Christensen (P73106)  
achristensen@hahnlaw.com  
HAHN LOESER & PARKS LLP  
5811 Pelican Bay Blvd., Suite 650  
Naples, Florida 34108  
Phone: (239) 254-2900  
Fax: (239) 254-3942  

*and*

Michael B. Pascoe (Ohio 0080899)  
mpascoe@hahnlaw.com  
HAHN LOESER & PARKS LLP  
200 Public Square, Suite 2800  
Cleveland, Ohio 44114  
Phone: (216) 621-0150  
Fax: (216) 241-2824  

*Attorneys for Plaintiff/Counter-Defendant Jae Tech, Inc.*

/s/ *Katelyn D. Crysler*  
Homayune A. Ghaussi (P63028)  
Katelyn D. Crysler (P83718)  
hghaussi@wnj.com  
kcrysler@wnj.com  
WARNER NORCROSS + JUDD LLP  
2715 Woodward Ave., Suite 300  
Detroit, MI 48201  
Phone: (313) 546-6000  
Fax: (313) 263-6855  

*Attorneys for Defendant/Counter-Plaintiff GKN Driveline North America, Inc.*

2